**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN S. MEREDITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. FLORES,<br><br>　　　　Defendant.<br>_____ | 3:14-cv-314-RCJ-WGC<br><br>**ORDER** |

**I.  DISCUSSION**

On October 6, 2014, this Court issued a screening order permitting Plaintiff's excessive force claim to proceed but dismissed Plaintiff's due process claim with prejudice. (ECF No. 6 at 7). The Court stayed the case for 90 days to give the parties an opportunity to settle their dispute. (*Id.* at 7-8). On October 20, 2014, Plaintiff filed a motion to voluntarily dismiss his case because it is duplicative of case no. 3:13-cv-654-RCJ-WGC. (ECF No. 8 at 1). According to Plaintiff, the Court had dismissed the 654 case without prejudice and directed Plaintiff to file a new complaint in a new action, the 314 case. (*Id.*). However, after Plaintiff filed the complaint in the 314 case, the Court reopened the 654 case that was proceeding on the same complaint. (*Id.*). The Court now grants Plaintiff's motion to voluntarily dismiss this case.

///

///

///

///

///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

IT IS FURTHER ORDERED that Plaintiff's motion to voluntarily dismiss this case (ECF No. 8) is granted.  This case is dismissed in its entirety, without prejudice.

The Clerk of the Court shall enter judgment accordingly.

Dated:  This 23rd day of October, 2014.

_____
United States District Judge

2